JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD J. TAWASHA, ET. AL., <br><br> Plaintiff(s), <br><br> v. <br><br> CENTEX CORPORATION <br><br> Defendant(s). | CASE NO. SA CV08-0793-DOC(RNBx) <br><br> Orange County Superior Court Case No.: <br> 30-2008 <br> 00106807 <br><br> **ORDER ON STIPULATION** <br> **RE: REMAND** |

The parties have stipulated to remand this action to Orange County Superior Court and that Defendants shall have thirty (30) days from the date of an Order by the State Court receiving this case, to answer or otherwise plead in this action.

IT IS SO ORDERED

DATED: September 18, 2008

_____
DAVID O. CARTER
United States District Judge